## The Grand Rapids Furniture Manufacturing Company v. Ira Y. Burnham.

*Corporations: Inquest.* It is competent in a proper case to take an inquest under circuit court rule 99 against a corporation defendant, where no affidavit of merits has been filed.

*Submitted on briefs April 11. Decided April 18.*

Error to Kent Circuit.

*Taggart, Simonds & Fletcher,* for plaintiff in error.

*G. Chase Godwin,* for defendant in error.

COOLEY, CH. J:

The only question in this case is, whether a corporation defendant may have an inquest taken against it under circuit court rule 99, where no affidavit of merits has been filed. We have no doubt whatever that it may, and do not deem it necessary to discuss the point.

The judgment will be affirmed, with costs.

The other Justices concurred.